UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LINDA WALDEN,

Plaintiff,

-against-

LORCOM TECHNOLOGIES, INC.,

Defendant.

05-CV-3600 (ARR) (RER)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated January 31, 2007, from the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the court orders that plaintiff's motion for a default judgment is denied and defendant's cross-motion to vacate the entry of default is granted.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: February 23, 2007
Brooklyn, New York

SERVICE LIST:

*Counsel for Plaintiff:*
David Wayne Graber
220 Nassau Blvd
Suite 3
Garden City So., NY 11530

*Counsel for Defendant:*
Sam P. Israel
1 Liberty Plaza, Office 2330
New York, NY 10006

cc: Magistrate Judge Reyes